FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0189

**IN THE SUPREME COURT OF THE STATE OF**

**MONTANA**

| | |
|---|---|
| DISABILITY RIGHTS MONTANA<br><br>                    Petitioners,<br><br>                    v.<br><br>MONTANA JUDICIAL DISTRICTS 1-22, MONTANA COURTS OF LIMITED JURISDICTION, MONTANA DEPARTMENT OF CORRECTIONS, AND THE MONTANA BOARD OF PARDONS AND PAROLE,<br><br>                    Respondents. | No. OP 20-0189 |

**ORDER**

Upon consideration of *Amici Curiae* Public Health and Human Rights Experts' Motion for Leave to File Brief in Support of Petitioner and the accompanying memorandum in support, it is hereby **ORDERED** that Petitioner's Motion is hereby **GRANTED**. *Amici Curiae* Public Health and Human Rights Experts' proposed brief, which was lodged with its proposed brief, is hereby deemed filed.

**SO ORDERED** _____ day of _____, 2020.

_____

_____

_____

_____

16

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2020